# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 184.49.17.194 | Wayport | 2011-04-11 10:23:37 PM |
| 24.1.232.115 | Comcast Cable Communications | 2011-03-21 02:54:15 PM |
| 24.1.32.218 | Comcast Cable Communications | 2011-03-16 10:32:56 PM |
| 24.1.6.191 | Comcast Cable Communications | 2011-04-19 12:42:06 AM |
| 24.13.200.126 | Comcast Cable Communications | 2011-03-21 10:10:39 PM |
| 67.162.80.186 | Comcast Cable Communications | 2011-03-15 11:44:15 PM |
| 67.173.70.116 | Comcast Cable Communications | 2011-04-29 08:31:47 PM |
| 69.211.60.136 | AT&T Internet Services | 2011-03-18 02:22:46 AM |
| 71.194.192.241 | Comcast Cable Communications | 2011-03-26 03:31:23 AM |
| 98.206.43.100 | Comcast Cable Communications | 2011-05-04 05:55:24 AM |
| 98.212.199.165 | Comcast Cable Communications | 2011-03-31 10:17:05 PM |
| 98.212.224.96 | Comcast Cable Communications | 2011-03-26 10:18:38 AM |
| 98.226.18.45 | Comcast Cable Communications | 2011-04-13 05:54:16 PM |
| 98.228.1.245 | Comcast Cable Communications | 2011-03-16 11:40:56 PM |
| 98.228.227.162 | Comcast Cable Communications | 2011-04-15 08:26:01 AM |
| 98.228.59.214 | Comcast Cable Communications | 2011-03-25 08:39:10 PM |
| 98.253.43.248 | Comcast Cable Communications | 2011-05-05 08:01:11 AM |
| 99.140.221.80 | AT&T Internet Services | 2011-05-04 12:37:45 AM |
| 99.140.250.86 | AT&T Internet Services | 2011-04-17 03:56:17 AM |
| 99.141.106.21 | AT&T Internet Services | 2011-03-21 02:54:16 PM |
| 99.142.15.76 | AT&T Internet Services | 2011-04-29 05:19:51 AM |
| 99.142.17.169 | AT&T Internet Services | 2011-04-27 09:22:32 AM |
| 99.142.2.46 | AT&T Internet Services | 2011-05-10 04:25:51 AM |
| 99.142.38.217 | AT&T Internet Services | 2011-05-06 09:35:22 AM |
| 99.142.43.134 | AT&T Internet Services | 2011-05-04 01:34:18 AM |
| 99.144.171.98 | AT&T Internet Services | 2011-05-03 04:53:06 AM |
| 99.144.232.51 | AT&T Internet Services | 2011-04-29 04:09:28 AM |