*aQE*

F I L E D

OCT 2 0 2011 JH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

| | | |
|---|---|---|
| Hard Drive Productions, Inc., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  1:11-cv-03863 |
| | ) | Honorable Ronald A. Guzman |
| Does 1 - 27, | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   NE&TO – for Comcast            Mr. John Steele – for Steele Hansmeier PLLC
      650 Centerton Road             161 N. Clark Street, Ste 3200
      Mooretown, NJ 08057            Chicago, IL 60601
      FAX (866) 947-5587             Fax (312) 893-5677

PLEASE TAKE NOTICE that on October 20, 2011, I filed with the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois, the following motion attached hereto:

MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS, OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2011, I  provided service to the person or persons listed above by the following means: Fax to (866) 947-5587 (NE&TO) and Fax to (312) 893-5677.

Signature: _____
Date: October 20, 2011
Name (Print): EDWARD NEESE
Address:8931 Fairlane Drive, Bridgeview, IL 60455
Phone:  (312) 833-1194

*aee*

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

**FILED**

OCT 20 2011 JH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| Hard Drive Productions, Inc., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  1:11-cv-03863 |
| | ) | Honorable Ronald A. Guzman |
| Does 1 - 27, | ) | |
| Defendants. | ) | |

### MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS, OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

NOW COMES EDWARD NEESE, having received a Subpoena to Comcast Cable Holdings, LLC c/o C T Corporation System, and in support of his Motion to Quash Subpoena, states unto this Honorable Court as follows:

1.      To my knowledge, I do not have nor have I ever had the IP Address of any listed on the attachment to Subpoena, including the highlighted IP Address of 24.1.32.218.

2.      I am not very computer-literate and do not know how to download any type of movie as was listed in the Plaintiff's Renewed Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference.

3.      After consulting with a computer literate friend, I was informed that my wireless network may be unsecured, and that others may have had access to the internet connection without my knowledge or consent if I had not placed a password on my wireless internet connection, which is present in my home and installed for me by family members

4.      Due to the above information, I request this Honorable Court to quash the Plaintiff's Subpoena to Comcast as it relates to my Comcast account and internet usage.

WHEREFORE, the Defendant, Edward Neese, prays this Honorable Court to provide the following relief:

A.      Quash the Plaintiff's Subpoena to Comcast as it relates to my Comcast account

and internet usage; and

B.      Grant such other, further and different relief as this Honorable Court deems to be

equitable and just.

RESPECTFULLY SUBMITTED,

_____

EDWARD NEESE

## CERTIFICATION

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that (s)he verily believes the same to be true.

_____
EDWARD NEESE

EDWARD NEESE
8931 Fairlane Drive
Bridgeview, Illinois 60455
Phone: (312) 833-1194