**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Hard Drive Productions, Inc.
          Plaintiff,

v.               Case No.: 1:11–cv–03863
               Honorable Ronald A. Guzman

Does 1–27
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 1, 2011:

  MINUTE entry before Honorable Ronald A. Guzman: Motion hearing held on 11/1/2011. Motion by Defendant Does 1–27 to quash subpoena to produce documents, information or objects, or to permit inspection of premises in a civil action [18,19] is granted. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.